FILED
APR 2 7 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE LUGO-SALDIVAR,<br><br>  Defendant. | Case No.: 04CR1038-GT<br><br>[PROPOSED]<br>ORDER |

**IT IS HEREBY ORDERED** that the defendant's Revocation Hearing currently scheduled for April 27, 2009, at 9:00 a.m. be continued until May 12, 2009 at 9:00a.m.

Dated: *April 27, 2009*

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge